**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**March 14, 2012**

**CASE NUMBER:  CV 12-00805 MEJ**
**CASE TITLE:  HIGH TEK USA, INC.-v-HEAT AND CONTROL, INC.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Yvonne Gonzalez Rogers** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **YGR** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/14/12

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                           Entered in Computer 3/14/12 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                  Transferor CSA