UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HIGH TEK USA, INC.,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**HEAT AND CONTROL, INC. and DOES 1 through 50, inclusive,**<br><br>**Defendants.** | Case No.: 12-CV-00805 YGR<br><br>**ORDER REQUESTING UNAVAILABLE DATES; AND CONTINUING HEARING** |

The Court has reviewed the parties' Stipulation to Continue the Hearing on Motion to Dismiss and Case Management Conference, which indicates that August 21, 2012 is "the earliest date for the hearing given the Court's calendar and the parties' schedules." The Court cannot continue the hearing until August 21.

By no later than **2:00 p.m.** on **Thursday, June 21, 2012**, the parties shall file a list of the dates and times between July 2, 2012 and July 16, 2012 on which the parties are **not** available for the hearing on the motion to dismiss. The Court will try to accommodate the parties' schedules by specially setting the hearing.

In the meantime, the hearing on Defendant's Motion to Dismiss is **CONTINUED** from June 19, 2012 to **June 26, 2012**.

This Order Terminates Docket Number 24.

**IT IS SO ORDERED**.

Date: June 18, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**