# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HIGH TEK USA, INC.,**<br><br>          **Plaintiff,**<br><br>     vs.<br><br>**HEAT AND CONTROL, INC. and DOES 1 through 50, inclusive,**<br><br>          **Defendants.** | **Case No.: 12-CV-00805 YGR**<br><br>**ORDER CONTINUING MOTION HEARING** |

The Court has reviewed the parties' Joint Submission of Unavailable Dates. Based on the availability of the parties, the hearing on Defendant's Motion to Dismiss is **CONTINUED** to **10:00 a.m.** on **Friday, July 13, 2012**.

**IT IS SO ORDERED.**

Date: June 21, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**