United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH TEK USA, INC.,<br><br>    Plaintiff,<br><br>  vs.<br><br>HEAT AND CONTROL, INC. and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 12-CV-00805 YGR<br><br>**ORDER DENYING MOTION OF DEFENDANT HEAT AND CONTROL, INC. TO DISMISS** |

Defendant has filed a Motion to Dismiss Plaintiff's Amended Complaint.  In the Court's Order granting the motion to dismiss the original complaint, the Court identified several areas where the original complaint lacked sufficient detail.

Having carefully considered the papers submitted and the amended complaint, the Court finds that Plaintiff has responded to each concern.

Therefore, the Court **DENIES** the Motion to Dismiss.[1]

Defendant shall file an answer within 21 days of the date this Order is filed.

This Order terminates Dkt. No. 40.

**IT IS SO ORDERED**.

**Date**  October 10, 2012

_____
 **YVONNE GONZALEZ ROGERS**
 **UNITED STATES DISTRICT COURT JUDGE**

---

[1] Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that this motion is appropriate for decision without oral argument.  Accordingly, the Court **VACATES** the hearing set for October 16, 2012.