UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HIGH TEK USA, INC., | |
|---|---|
| Plaintiff, | Case No. 12-cv-00805-JST |
| v. | **SCHEDULING ORDER** |
| HEAT AND CONTROL, INC., | |
| Defendant. | |

The Court hereby sets the following case schedule deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| **Fact discovery cut-off** | October 11, 2013 |
| **Expert disclosure** | November 8, 2013 |
| **Expert rebuttal** | November 22, 2013 |
| **Expert discovery cut-off** | December 6, 2013 |
| **Dispositive motion filing deadline** | January 10, 2014 |
| **Pretrial conference** | March 21, 2014 at 2:00 p.m. |
| **Trial** | April 7, 2014 at 8:30 a.m. |

Counsel may not stipulate to modify the foregoing dates without Court approval. The parties shall comply at all times with the standing orders of this Court, which are available at cand.uscourts.gov/jstorders.

While the Court encourages informal resolution, the Court ordinarily does not grant extensions on the ground that settlement discussions are occurring or because the parties experienced delays in scheduling settlement conferences, mediation, or early neutral evaluation. The parties should proceed to prepare their cases for trial. No continuance (even if stipulated) shall be granted on the ground of incomplete preparation without competent and detailed declarations setting forth good cause.

Dated: April 9, 2013

JON S. TIGAR
United States District Judge