UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH TEK USA, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEAT AND CONTROL, INC.,<br><br>　　　　Defendant. | Case No.  12-cv-00805-WHO<br><br>**ORDER ON PARTIES' JOINT LETTER REGARDING DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 62 |

　　　　The parties submitted a joint letter regarding the proper confidentiality designation of deposition testimony identifying by name a current H&C customer from whom High Tek is buying new Ishida parts.  Dkt. No. 62.  For the reasons stated at the Case Management Conference on August 22, 2013, the specified deposition testimony shall remain designated for Attorneys' Eyes Only.

　　　　**IT IS SO ORDERED**.

Dated: September 9, 2013



WILLIAM H. ORRICK
United States District Judge