ROBERT S. SHWARTS (STATE BAR NO. 196803)
rshwarts@orrick.com
RUSSELL P. COHEN (STATE BAR NO. 213105)
rcohen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

Attorneys for Defendant
HEAT AND CONTROL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HIGH TEK USA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEAT AND CONTROL, INC., a California corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:12-cv-805-WHO<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO LOCAL RULE 6-2 AND ORDER** |

1    Pursuant to Northern District of California Local Rule 6-2, plaintiff High Tek USA, Inc. ("High Tek") and defendant Heat and Control, Inc. ("Heat and Control") jointly submit this Stipulated Request for Changing Time and hereby stipulate as follows:

    WHEREAS, on April 9, 2013, the Honorable Jon S. Tigar entered a Scheduling Order setting the expert rebuttal deadline for November 22, 2013 and setting the expert discovery cut-off for December 6, 2013.  [Docket No. 57]

    WHEREAS, on August 22, 2013, this Court adopted the case management schedule set by Judge Tigar without revision.  [Docket No. 63]

    WHEREAS, on August 22, 2013, this Court also set a case management conference for November 19, 2013 at 2:00 p.m.

    WHEREAS, due to counsels' schedules, additional time is required to complete rebuttal reports and depositions, and an alternative date requested for the case management conference.

    WHEREAS, the parties' proposed extensions to the case management conference, the expert rebuttal deadline, and the expert discovery cut-off will not impact any other date or deadline set by the Scheduling Order or by Local Rule.

    IT IS THEREFORE STIPULATED and AGREED, and the parties ask the Court to adopt as its order the following:

**STIPULATION**

The case management conference shall be set for November 26, 2013, the deadline for rebuttal expert reports shall be set for November 27, 2013, and the deadline for expert discovery shall be set for December 20, 2013.

    IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: November 14, 2013 | ROBERT S. SHWARTS |
| | | RUSSELL P. COHEN |
| 2 | | Orrick, Herrington & Sutcliffe LLP |

By: _____
RUSSELL P. COHEN
Attorneys for Defendant
HEAT AND CONTROL, INC.

Dated: November 14, 2013        JENNIFER RANDLETT MADDEN
ANTHONY L. VIGNOLO
CAROLINE M. COLANGELO
Downey Brand LLP

By: _____
Matthew J. Weber
Attorneys for Plaintiff
HIGH TEK USA, INC.

I, Russell Cohen, am the ECF User whose User ID and password are being used to file this Stipulation.  In compliance with General Order 45, X.B., I hereby attest that the above-listed signatories have concurred in this filing.

_____ /s/ *Russell P. Cohen* _____

1

**ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5   Dated: November 15, 2013

_____
William H. Orrick
United States District Judge