UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH TEK USA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>HEAT AND CONTROL, INC.,<br><br>    Defendant. | Case No. 12-cv-00805-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** |

The parties to the action, with their counsel, participated in a settlement conference with U.S. Magistrate Kandis A. Westmore, which resulted in settlement.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within sixty (60) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings. **IT IS SO ORDERED**.

Dated: April 22, 2014

_____
WILLIAM H. ORRICK
United States District Judge